UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROWRAPS, INC., | Case No. 2:24-cv-03686-CSK |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE REGARDING SERVICE OF PROCESS |
| PRO STYLE WRAPS, LLC, et al., | |
| Defendants. | |

Plaintiff Prowraps, Inc. filed a complaint on December 23, 2024 against Defendants Pro Style Wraps, LLC and Anthony Kump. (ECF No. 1.) Plaintiff paid the filing fee and was provided a summons and initial scheduling order by the Clerk of Court.[1] (*See* ECF Nos. 1, 2, 3.) The initial scheduling order stated:

> When serving process under Rule 4, Plaintiff(s) shall provide each Defendant with a copy of this order and the "Consent to Assignment or Request for Reassignment" information.
> Within 10 days after service of process on a given Defendant, Plaintiff(s) shall file a certificate stating that the Defendant was served under Rule 4.

(ECF No. 3 at 2 ¶ 1.) Despite these orders, the record does not reflect that Plaintiff has attempted proper service on Defendants. (*See* Docket.) This is also required by Rule 4

---

[1] This matter was directly assigned to the undersigned pursuant to Appendix A sub. m of the Local Rules. (ECF No. 3.)

of the Federal Rules of Civil Procedure:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Thus, Plaintiff's complaint is on the verge of being dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, Plaintiff shall file a statement with the Court indicating the status of service, or any good cause for why Defendants have not been served under Rule 4 of the Federal Rules of Civil Procedure; and

2. Failure to respond to this order, or failure to show good cause for the lack of service of process, may result in a recommendation that Plaintiff's case be dismissed without prejudice.

Dated: May 12, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, prow3686.24

2